Argued and submitted March 6, review dismissed as improvidently allowed
March 21, 1996

STATE OF OREGON,
*Respondent on Review,*

*v.*

REYNELL MERRILL,
*Petitioner on Review.*

(CC 92-1081; CA A81412 (Control))

STATE OF OREGON,
*Respondent on Review,*

*v.*

JUDY MERRILL,
*Petitioner on Review.*

(CC 92-1082; CA A81413)
(SC S42507)
(Cases Consolidated)

912 P2d 373

Andy Simrin, Deputy Public Defender, Salem, argued the cause for petitioners on review. With him on the briefs was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent on review. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.